# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

BECKY SCHNEIDER,

    Plaintiffs,

v.

U.S. POSTAL SERVICE,
    Defendant

Case No. 1:11cv0439
Litkovitz, M.J.

**ORDER**

The Court, having been advised that after continued settlement negotiations as indicated in the status report (Doc. 37) filed on November 26, 2012, that the parties have reached a tentative settlement in the above-styled case.

It is ORDERED that this action is hereby DISMISSED with prejudice. It is provided that any of the parties may, upon good cause shown within sixty (60) days from the date of this Order reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 12/3/2012

Karen L. Litkovitz
United States Magistrate Judge